UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WADE DAY

VERSUS

MICHAEL DANNY, ET AL

CIVIL ACTION

NO. 15-832-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 17, 2016 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, Plaintiff's Motion to remand (doc. no. 3) is GRANTED and this action is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 15th day of March, 2016.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE